Submitted June 12, 1967.
*Robert Louis Crandall*, appellant, in propria persona; *Stephen W. Kline* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Dantzler, Appellant.

Submitted June 12, 1967. *Dennis T. Kelly* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *Benjamin H. Levintow* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth v. Davis, Appellant.

Argued June 15, 1967. *Thomas Kellogg*, Assistant Defender, with him *Albert H. Branson* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender,

736

for appellant; *John A. McMenamin,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Davis, Appellant.

Argued June 19, 1967. *George A. Johnson,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *Edwin D. Wolf* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dennis, Appellant.

Submitted June 12, 1967. *Edward Dennis,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram Nedurian, Jr.,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.